# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

130391

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

CHRISTOPHER JAMES,
     Defendant-Appellant.

SC: 130391
COA: 257585
Wayne CC: 04-002643-02

_____/

     On order of the Court, the application for leave to appeal the December 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2006

d0424

_____
Clerk